**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6952**

---

DONALD REYNOLDS,

        Petitioner - Appellant,

    v.

WARDEN, FCI BECKLEY,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, Chief District Judge.  (5:23-cv-00533)

---

Submitted:  February 27, 2025                    Decided:  March 4, 2025

---

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donald Reynolds, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Reynolds, a federal prisoner, appeals the district court's order adopting the magistrate judge's recommendation to deny relief on Reynolds' 28 U.S.C. § 2241 petition seeking to challenge the conditions of his confinement, and denying as moot Reynolds' motions to take judicial notice, for leave to file evidence of systemic discrimination, for leave to present additional evidence, and for discovery.  We have reviewed the record in conjunction with the issues Reynolds raises on appeal and find no reversible error.  Accordingly, we affirm the district court's order.  *Reynolds v. Warden, FCI Beckley*, No. 5:23-cv-00533 (S.D. W. Va. Sept. 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*